FILED

2009 SEP 15 PM 3:09

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 09CR3265-JAH |
| ) | |
| ) | ORDER TO UNSEAL INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON CAVIN (1), ) | |
| CONNIE MARIE HOLMES (2), ) | |
| BRANDON PETE LANDRY (3), ) | |
| NEDRA FAY LANDRY (4), ) | |
| GERALDO MONTAZ (5), ) | |
| JESUS RODRIGUEZ (6), ) | |
| MIKE WASELESKI (7), ) | |
| ) | |
| Defendants. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing therefor,

IT IS HEREBY ORDERED that the Indictment in Case No. 09CR3265-JAH, previously ordered sealed, be unsealed.

IT IS SO ORDERED.

DATED: September 15, 2009.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE